# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

128884(88)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COUNTY OF CRAWFORD and COUNTY OF
KALKASKA,
           Plaintiffs,

v

COUNTY OF OTSEGO,
           Defendant-Appellee,
and

COHL STOKER TOSKEY & MCGLINCHEY PC
           Appellant.
_____/

SC: 128884
COA: 254182
Otsego CC: 02-010014-CZ

     On order of the Court, the motion for reconsideration of this Court's November 1, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

d0122